**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 2, 2015

Mr. Johny Ray Hargrove
#01973074
Willacy Unit
1695 South Buffalo Drive
Raymondville, TX 78580

Hon. Coretta T. Graham
Attorney at Law
PO Box 60026
Corpus Christi, TX 78466
* DELIVERED VIA E-MAIL *

Hon. Michael E. Welborn
District Attorney
P. O. Box 1393
Sinton, Tx 78387-1393
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00687-CR
Tr.Ct.No.  A-14-5081-2-CR
Style:    Johny Ray Hargrove v. The State of Texas

Appellant's motion for leave to file brief and appellant's first motion to withdraw as counsel (Hon. Coretta T. Graham) in the above cause were this day DISMISSED AS MOOT by this Court.

In addition, appellant's motion for leave to file amended brief was this day GRANTED by this Court. Appellant's amended brief has been marked "filed" as of June 22, 2015, the date of receipt. Appellant's second motion to withdraw as counsel (Hon. Coretta T. Graham) was this day CARRIED WITH THE CASE.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:dot